UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA,  :   10 Cr. 147 (S-2) (SLT) (CLP)

    -against-  :

 :   **NOTICE OF MOTION TO**
  **REOPEN BAIL HEARING**

FRANCIS GUERRA,  :

    Defendant.  :

-------------------------------------------------------x

 PLEASE TAKE NOTICE that, upon the accompanying declaration of Gerald J. McMahon, duly executed on the 14th day of October, 2011, defendant Francis Guerra will move The Honorable Cheryl L. Pollak, United States Magistrate Judge, at Courtroom 13B S of the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York 11201, at a date and time to be set by the Court, for an order:

 1. Pursuant to 18 U.S.C. §3142(f)(2), reopening the detention hearing on the basis of material, new information; and

 2. Granting defendant such other relief as the Court deems just and proper.

Dated: New York, New York
   October 14, 2011

                /s/ Gerald J. McMahon
                Gerald J. McMahon, Esq.
                *Attorney for Defendant Francis Guerra*
                The Standard Oil Building
                26 Broadway, 18th Floor
                New York, New York 10004
                gm@geraldjmcmahon.com

cc: All Counsel (by ECF)