

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

EAG:RN/AL
F.#2010R00195

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

October 31, 2011

By ECF

Gerald J. McMahon, Esq.
26 Broadway
18th Floor
New York, New York 10004

> Re:  United States v. Francis Guerra
>      Criminal Docket No. 10-147 (S-1)(SLT)

Dear Mr. McMahon:

    During the status conference held on October 26, 2011, you asked the government to identify the users of telephones that are listed in discovery letters furnished by the government on September 16, 2011 (Docket Entry No. 331) and October 11, 2011 (Docket Entry No. 337).

    In the letter dated September 16, 2011, the government identified material that was produced in United States v. Messina, 11 CR 31 (KAM) as Exhibits 955 to 970.  (Docket Entry No. 331 at 1-3.)  The telephones referred to in the descriptions of those exhibits were used as follows:

| Telephone Number | User |
| --- | --- |
| 347-421-2536 | Thomas McLaughlin |
| 347-421-2825 | Peter Tagliavia |
| 347-449-3866 | Thomas McLaughlin |
| 646-465-2471 | Peter Tagliavia |
| 718-679-5026 | Peter Tagliavia |
| 718-964-3610 | Peter Tagliavia |
| 718-964-3820 | Thomas McLaughlin |

2

In that same letter, the government also identified additional exhibits that were made available in the present case. (Id. at 3-5.) Within those exhibits, the telephones referred to in the descriptions of Exhibits 244, 246 and 247 were used by Francis Guerra, and the telephones referred to in the description of Exhibit 248 were used by Anthony Russo.

In the letter dated October 11, 2011, the government identified additional exhibits that were made available in this case. (Docket Entry No. 337 at 1-3.) The first telephone referred to in the description of Exhibit 257 was used by Carmine Baudanza. That same telephone is referred to in the description of Exhibit 258. The second telephone referred to in the description of Exhibit 257 was used by Joseph Baudanza.

If you have further questions or requests, please do not hesitate to contact us.

    Very truly yours,

    LORETTA E. LYNCH
    United States Attorney

By:      /s/
    Rachel Nash
    Allon Lifshitz
    Assistant U.S. Attorneys
    (718) 254-6072/6164

cc: Clerk of Court (SLT) (by ECF)