**GERALD J. MCMAHON**
ATTORNEY AT LAW
THE STANDARD OIL BUILDING
26 BROADWAY, 18TH FLOOR
NEW YORK, NEW YORK 10004

(212) 797-1877 (TEL)
(212) 797-1419 (FAX)
gm@geraldjmcmahon.com (E-MAIL)

WEBSITE
www.geraldjmcmahon.com

LEGAL ASSISTANT
Cassandra Lapal Williams

January 5, 2012

<u>By ECF & Hand</u>

The Honorable Sandra L. Townes
United States District Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: <u>United States v. Alicia DiMichele, et al.</u>
    10 Cr. 147 (S-3) (SLT)

Dear Judge Townes:

  A *Curcio* hearing for my client, Francis Guerra, is scheduled for 2:30 p.m. on Friday, January 6, 2012. I am starting a RICO trial (<u>United States v. Anthony Romanello</u>) before Judge Glasser on Monday, January 9th and I am, quite frankly, innundated with 3500 material and government motions *in limine*. Because the Guerra trial is scheduled for June 4, 2012, I write to ask the Court to postpone the *Curcio* hearing until some date in February or thereafter.

  The government, by Assistant United States Attorney Allon Lifshitz, takes no position with respect to this request.

            Very truly yours,

            */s/ Gerald J. McMahon*
            Gerald J. McMahon

GJM:cw
cc: All Counsel
  (by ECF)

lt59