**GERALD J. MCMAHON**
ATTORNEY AT LAW
THE STANDARD OIL BUILDING
26 BROADWAY, 18TH FLOOR
NEW YORK, NEW YORK 10004

(212) 797-1877 (TEL)
(212) 797-1419 (FAX)
gm@geraldjmcmahon.com (E-MAIL)

WEBSITE
www.geraldjmcmahon.com

LEGAL ASSISTANT
Cassandra Lapal Williams

April 11, 2012

<u>By ECF</u>

Nicole M. Argentieri, Esq.
Rachel Nash, Esq.
Allon Lifshitz, Esq.
Assistant United States Attorneys
271 Cadman Plaza East
Brooklyn, New York 11201

      Re: <u>United States v. Alicia DiMichele, et al.</u>
          10 Cr. 147 (S-4) (SLT)

Counsellors:

      This letter is to put the government on notice that your cooperating witness, Anthony Russo, called (presumably from jail) one of my alibi witnesses at her home on Easter Sunday and threatened her in an effort to dissuade her from testifying. This is serious misconduct which I trust you will investigate and appropriately punish.

                              Very truly yours,

                              Gerald J. McMahon

GJM:cw
cc: Honorable Sandra L. Townes
    United States District Judge

    All Counsel (by ecf)

lt71