

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

EAG:NMA/RN/AL
F.#2010R00195

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

May 21, 2012

By ECF

Gerald J. McMahon, Esq.
26 Broadway
18th Floor
New York, New York 10004

      Re:  United States v. Francis Guerra
           Criminal Docket No. 10-147 (S-4)(SLT)

Dear Mr. McMahon:

      Pursuant to Federal Rule of Criminal Procedure 12.1(a)(2), the government hereby provides the name of (1) each witness that the government intends to rely on to establish that the defendant was present at the scene of the Scopo murder and (2) each government rebuttal witness to the defendant's alibi defense.

- Dino Basciano.  Basciano's attorney is Howard Weiswasser, Esq.  He can be reached at 212-766-7600.
- Dino Calabro.  His attorney is Richard Jasper, Esq.  He can be reached at 212-689-6858.
- Joseph Iborti.  Iborti's attorney is Gary Villanueva, Esq.  He can be reached at 212-219-0100.
- Thomas McLaughlin.  McLaughlin's attorney is Stuart Grossman.  He can be reached at 718-520-8722.

2

- Anthony Russo.  Anthony Russo's attorney is Alex Eisemann, Esq.  He can be reached at 914-763-4444.

                    Very truly yours,

                    LORETTA E. LYNCH
                    United States Attorney

              By:        /s/
                    Nicole M. Argentieri
                    Rachel Nash
                    Allon Lifshitz
                    Assistant U.S. Attorneys
                    (718) 254-6232/6072/6164

cc:  Clerk of Court (SLT) (by ECF)

Case 1:10-cr-00147-SLT   Document 478   Filed 05/21/12   Page 2 of 2 PageID #: 4760