**GERALD J. MCMAHON**
ATTORNEY AT LAW
THE STANDARD OIL BUILDING
26 BROADWAY, 18TH FLOOR
NEW YORK, NEW YORK 10004

(212) 797-1877 (TEL)
(212) 797-1419 (FAX)
gm@geraldjmcmahon.com (E-MAIL)

WEBSITE
www.geraldjmcmahon.com

LEGAL ASSISTANT
Cassandra Lapal Williams

May 21, 2012

<u>By ECF</u>

The Honorable Sandra L. Townes
United States District Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: <u>United States v. Francis Guerra, et al.</u>
       10 Cr. 147 (S-4) (SLT)

Dear Judge Townes:

    In view of the government's latest motion *in limine*, filed on May 20, 2012 (docket entry # 473), defendant Francis Guerra requests leave of the Court to join in the motion of co-defendant Michael Persico ("M. Persico") to suppress the telephone recordings between M. Persico and his brother, Alphonse, who was an inmate at the Federal Correctional Institution in Milan, Michigan.

Very truly yours,

Gerald J. McMahon

GJM:cw
cc: All Counsel
    (By ECF)

lt59