

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

EAG:NMA/RN/AL
F.#2010R00195

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

May 30, 2012

By ECF

Gerald J. McMahon, Esq.
26 Broadway
18th Floor
New York, New York 10004

    Re:  United States v. Francis Guerra
          Criminal Docket No. 10-147 (S-4)(SLT)

Dear Mr. McMahon:

    Pursuant to Federal Rule of Criminal Procedure 12.1(a)(2), the government hereby provides the name of an additional government rebuttal witness to the defendant's alibi defense.

- Kathleen, the defendant's former girlfriend. It is the government's understanding from our prior discussion that you have contact information for this witness. To the extent you require additional identifying information, which has not been provided in this publicly filed letter in order to protect the witness's privacy, please contact us.

                      Very truly yours,

                      LORETTA E. LYNCH
                      United States Attorney

            By:      /s/
                      Nicole M. Argentieri
                      Rachel Nash
                      Allon Lifshitz
                      Assistant U.S. Attorneys
                      (718) 254-6232/6072/6164

cc:  Clerk of Court (SLT) (by ECF)