**U.S. Department of Justice**



*United States Attorney*
*Eastern District of New York*

NMA/RN/AL
F.#2009R00153

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

June 11, 2012

By ECF and Email

Gerald J. McMahon, Esq.
The Standard Oil Building
26 Broadway, 18th Floor
New York, New York 10004

      Re:  United States v. Francis Guerra
           Criminal Docket No. 10-147 (S-4)(SLT)

Dear Mr. McMahon:

    The government provides this letter regarding trial in the above-captioned case.  As explained in the government's letter submitted earlier today (Docket Entry No. 559), enclosed is Jennifer Giordano's resume.

    If you have questions or requests regarding the contents of this letter, please contact us.

                Very truly yours,

                LORETTA E. LYNCH
                United States Attorney

      By:     /s/
           Nicole M. Argentieri
           Rachel J. Nash
           Allon Lifshitz
           Assistant U.S. Attorneys
           (718)254-6232/6072/6164

Enclosure

cc:  Clerk of Court (SLT) (by ECF) (w/o enclosure)