UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x
   United States America
             -vs-
   FRANCIS GUERRA
-------------------------------------------------------x

**Order of Sustenance**
CR-10-147 (SLT)

IT IS ORDERED that the Marshal supply proper

( ) LODGING

✔ SUSTENANCE

( ) TRANSPORTATION

to the thirteen **(17)** jurors empaneled in the above entitled case.

-------------------------------------------------------------

✔ Lunch
( ) Breakfast
( ) Dinner

                         s/ SLT /   /S/ Batista
                                                      , USDJ

Dated: _6/28/12_____
       Brooklyn, New York